# United States District Court

United States District Court
Southern District of Texas
FILED

MAY 2 0 2008

Michael N. Milby Clerk

**SOUTHERN**          **DISTRICT OF**          **TEXAS**

**McALLEN DIVISION**

**UNITED STATES OF AMERICA**

**V.**

**Benjamin GONZALEZ-Anchondo**

**A88 654 858**

**AKA:**

**IAE          YOB:          1981**

**The United Mexican States**

(Name and Address of Defendant)

# CRIMINAL COMPLAINT

**Case Number:**    M-08- 3390 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____**May 19, 2008**_____ in ___**Brooks**___ County, in

the _____**Southern**_____ District of ___**Texas**___ defendants(s) did,
(*Track Statutory Language of Offense*)

**being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Falfurrias, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title ___**8**___ United States Code, Section(s) ___**1326**___ **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the
following facts:

**Benjamin GONZALEZ-Anchondo was encountered by Border Patrol Agents near Falfurrias, Texas on May 19, 2008. The investigating agent established that Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 18, 2008 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 5, 2008 through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 10, 2002, the defendant was convicted of Sexual Assault Ist Degree and was sentenced to three (3) years confinement suspended to three (3) years unsupervised probation.**

Continued on the attached sheet and made a part of this complaint:     ☐ Yes    ☒ No

_____
**Signature of Complainant**

Sworn to before me and subscribed in my presence,

**Olbein Ramos          Senior Patrol Agent**
**Printed Name of Complainant**

**May 20, 2008**
**Date**

**at    McAllen, Texas**
**City and State**

_____
**Signature of Judicial Officer**

**Peter E. Ormsby**          **, U.S. Magistrate Judge**
**Name and Title of Judicial Officer**